UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE, individually and on behalf of all the members of the Class of persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PROJECT FAIR BID, INC., MAYFIELD XIII, FOUNDATION CAPITAL VI, L.P., FIRST ROUND CAPITAL II, L.P., NICOLAS DARVEAU-GARNEAU, BRANDON RAMSEY, RAJIL KAPOOR, CHARLES MOLDOW AND JOSH KOPELMAN,<br><br>　　　　　Defendants. | Case No: C 13-0759 SBA<br><br>**ORDER**<br><br>Docket 23 |

Before the Court is the Parties' Joint and Stipulated Administrative Motion to Increase Page Limit for Motions to Dismiss and Responses. Dkt. 23. Having read and considered the papers filed in connection with this matter and being fully informed, the Court hereby GRANTS the parties' motion. The parties have shown good cause to file briefs that exceed the page limits set forth in this Court's Standing Orders. The two groups of Defendants may each file a motion to dismiss not to exceed twenty-two (22) pages. Plaintiff may file oppositions to these motions not to exceed twenty-two (22) pages. This Order terminates Docket 23.

　　IT IS SO ORDERED.

Dated: 4/29/13

　　　　　　　　　　　　　　　　　　*Saundra B. Armstrong*
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge