| | |
|---|---|
| Robert S. Green (State Bar No. 136183)<br>James Robert Noblin (State Bar No. 114442)<br>Lesley E. Weaver (State Bar No. 191305)<br>**GREEN & NOBLIN, P.C.**<br>700 Larkspur Landing Circle, Suite 275<br>Larkspur, CA  94939<br>Telephone:  (415) 477-6700<br>Facsimile:  (415) 477-6710<br>Email:  cand.uscourts@classcounsel.com<br><br>William Houck (*pro hac vice*)<br>Houck Law Firm, P.S.<br>4045 262nd Ave. SE<br>Issaquah, Washington 98029<br>(425) 392-7118<br><br>Attorneys for Plaintiff | MATTHEW G. BALL (SBN: 208881)<br>TODD NUNN (*pro hace vice*)<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone (415) 882-8200<br>Facsimile: ( 415) 882-8220<br><br>Attorneys for Defendants<br>MAYFIELD XIII; FIRST ROUND CAPITAL IL L.P.; FOUNDATION CAPITAL VI L.P.: RAJIL KAPOOR, AND CHARLES MOLDOW<br><br>MICHAEL T. LUCEY (SBN: 099927)<br>BRIAN P. MASCHLER (SBN: 111824)<br>GORDON & REES, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 9411 I<br>Telephone: ( 415) 986-5900<br>Facsimile: ( 415) 986-8054<br><br>Attorneys for Defendants<br>PROJECT FAIR BID, INC., BRANDON RAMSEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, individually and on behalf of all the members of the Class of persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PROJECT FAIR BID, INC., MAYFIELD XIII, FOUNDATION CAPITAL VI, L.P., FIRST ROUND CAPITAL II, L.P., NICOLAS DARVEAU-GARNEAU, BRANDON RAMSEY, RAJILIL KAPOOR, CHARLES MOLDOW AND JOSH KOPELMAN,<br><br>　　　　　Defendants. | Case No.:  3:13-CV-00759-JSC<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Current Date of CMC:  August 15, 2013<br>Time:  2:45 p.m.  (via telephone) |

[~~PROPOSED~~] ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

13-759.docx

The Parties to this action, Plaintiff, John Doe, and Defendants, Project Fair Bid, Inc., Brandon Ramsey, Mayfield XIII, Foundation Capital VI, L.P., First Round Capital II, L.P., Rajil Kapoor, and Charles Moldow (collectively, "Defendants"), have reached a Stipulation regarding a continuance of the Case Management Conference. In light of the Parties' Stipulation, and GOOD CAUSE APPEARING THEREFOR, the Court hereby GRANTS the Parties' Motion to Continue the Case Management Conference. The initial Case Management Conference is hereby continued to **September 26, 2013**, at **3:30** p.m.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement, which shall be filed no later than ten (10) days prior to the Case Management Conference and complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS HEREBY ORDERED.

Date:  **8/9/2013**

_____
Honorable Saundra Brown Armstrong