| | |
|---|---|
| Robert S. Green (State Bar No. 136183) | MATTHEW G. BALL (SBN: 208881) |
| James Robert Noblin (State Bar No. 114442) | TODD NUNN (*pro hac vice*) |
| Lesley E. Weaver (State Bar No. 191305) | K&L GATES LLP |
| GREEN & NOBLIN, P.C. | 4 Embarcadero Center, Suite 1200 |
| 700 Larkspur Landing Circle, Suite 275 | San Francisco, CA 94111 |
| Larkspur, CA 94939 | Telephone (415) 882-8200 |
| Telephone: (415) 477-6700 | Facsimile: (415) 882-8220 |
| Facsimile: (415) 477-6710 | Attorneys for Defendants |
| Email: cand.uscourts@classcounsel.com | MAYFIELD XIII; FIRST ROUND CAPITAL IL L.P.; FOUNDATION CAPITAL VI L.P.: RAJIL KAPOOR, AND CHARLES MOLDOW |
| William Houck (*pro hac vice*) | |
| Houck Law Firm, P.S. | |
| 4045 262nd Ave. SE | |
| Issaquah, Washington 98029 | MICHAEL LUCEY (SBN: 099927) |
| (425) 392-7118 | BRIAN P. MASCHLER (SBN: 111824) |
| | GORDON & REES, LLP |
| Attorneys for Plaintiffs | 275 Battery Street, Suite 2000 |
| | San Francisco, CA 9411 I |
| | Telephone: ( 415) 986-5900 |
| | Facsimile: ( 415) 986-8054 |
| | Attorneys for Defendants |
| | PROJECT FAIR BID, INC., BRANDON RAMSEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, individually and on behalf of all the members of the Class of persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROJECT FAIR BID, INC., MAYFIELD XIII, FOUNDATION CAPITAL VI, L.P., FIRST ROUND CAPITAL KK, L.P., NICOLAS DARVEAU-GARNEAU, BRANDON RAMSEY, RAJIL KAPOOR, CHARLES MOLDOW AND JOSH KOPELMAN,<br><br>Defendants. | Case No. 3:13-CV-00759-JSC<br><br>**JOINT STIPULATION OF DISMISSAL OF COMPLAINT** |

# JOINT STIPULATION OF DISMISSAL
# OF COMPLAINT

Plaintiffs and defendants Project Fair Bid, Inc.; Mayfield XIII; Foundation Capital VI, L.P.; First Round Capital II, L.P.; Nicolas Darveau-Garneau; Brandon Ramsey; Rajil Kapoor; Charles Moldow; And Josh Kopelman ("Defendants") (collectively, the "parties"), through their respective counsel, hereby stipulate and agree to DISMISS the Complaint filed by plaintiffs against Defendants. The parties, through their respective counsel, further stipulate and agree to dismiss plaintiffs' claims WITH PREJUDICE. Except as otherwise agreed to by the parties, each party shall bear their and its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal.

Respectfully submitted:

K&L GATES LLP

Dated: February 22, 2014         By:   /s/ Matthew G. Ball
                                       Matthew G. Ball (SBN: 208881)
                                       Todd L. Nunn (*pro hac vice*)
                                       Attorney for Defendants MAYFIELD XIII;
                                       FIRST ROUND CAPITAL KK, L.P.;
                                       FOUNDATION CAPITAL V.I. L.P; RAJIL
                                       KAPOOR, CHARLES
                                       MOLDOW AND JOSH KOPELMAN

GORDON & REES, LLP

Dated: February 22, 2014         By: /s/ Brian P. Maschler
                                       Brian P. Maschler (SBN: 111824)
                                       Attorneys for Defendants
                                       PROJECT FAIR BID. INC. AND
                                       BRANDON RAMSEY

HOUCK LAW FIRM, P.S.

Dated: February 22, 2014         By:   /s/ William Houck
                                       William Houck (pro hac vice)
                                       Attorney for Plaintiffs